**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*:<br><br>**LD1 GROUP, INC.**,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10722 (KG) |
| **LD1 Group, Inc.**, f/k/a **Littleford Day, Inc.**,<br><br>Plaintiff,<br><br>v.<br><br>**Charles R. Kroeger II** and **Cara D'Ambrosio**, husband and wife, and **American Express Company**,<br><br>Defendants. | **Adv. Case No. 17-50338 (KG)** |

**SUMMONS AND NOTICE OF PRETRIAL**
**CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | 824 North Market Street, 3rd Floor<br>Wilmington, Delaware 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys:

| | |
|---|---|
| Thomas J. Francella, Jr., Esq.<br>WHITEFORD, TAYLOR & PRESTON LLC<br>The Renaissance Centre, Suite 500<br>405 North King Street<br>Wilmington, Delaware 19801 | Scott M. Hare, Esq.<br>1806 Frick Building<br>437 Grant Street<br>Pittsburgh, PA 15219 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following place on **a date and time to be determined**. You will receive further notice of such pretrial conference at a later date.

| | |
|---|---|
| United States Bankruptcy Court<br>For the District of Delaware<br>824 North Market Street<br>Wilmington, Delaware 19801 | 6th Floor, Courtroom No.: 3<br>Date and Time: **To Be Determined** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: March 31, 2017